■ DANIEL COSTA et al., Respondents, v MERRILL LYNCH/ WFC/L, INC., et al., Respondents, and NOMURA HOLDING AMERICA, INC., et al., Appellants. [21 NYS3d 612]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered September 10, 2014, which, insofar as appealed from as limited by the briefs, denied that part of the motion of defendants' Nomura Holding American, Inc., Nomura Securities International, Inc., and Nomura Securities North America, LLC. (collectively Nomura) for summary judgment dismissing the complaint and all cross claims as against them, unanimously affirmed, without costs.

Nomura's motion was properly denied, in this action where plaintiff Daniel Costa alleges that he was injured when he slipped on brown liquid in the freight elevator lobby of a floor leased by Nomura. The record presents triable issues of fact as to which floor that Nomura leased was the accident location, which entity was responsible for cleaning that part of the premises, and when, prior to plaintiff's accident, those premises were last inspected (*see e.g. Nugent v 1235 Concourse Tenants Corp.*, 83 AD3d 532 [1st Dept 2011]). Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ. ■